**Daniel TRAIN, et al., Appellant,**

v.

**Barbara J. BUSENBARRICH, Respondent.**

**No. WD 64604.**

Missouri Court of Appeals,
Western District.

Feb. 7, 2006.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 28, 2006.

Application for Transfer Denied
May 2, 2006.

Phillip A. Burdick, St. Joseph, MO, for appellant.

Dennis E. Davidson, Kansas City, MO, for respondent.

Before ROBERT G. ULRICH, P.J., PATRICIA A. BRECKENRIDGE, and JAMES M. SMART, JJ.

### ORDER

PER CURIAM.

Daniel and Shirley Train appeal from the judgment of the trial court in favor of

Barbara Busenbarrich in their personal injuries claim arising out of an automobile accident. The Trains raise nine points on appeal regarding claimed evidentiary and instructional errors. The judgment of the trial court is affirmed. Rule 84.16(b).